## STATE OF CONNECTICUT *v.* GEORGE FIGUEROA

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided February 5, 2003

## STATE OF CONNECTICUT *v.* JOSE JIMENEZ

*Carlos E. Candal,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided February 5, 2003

## PETER ALTER ET AL. *v.* MICHAEL LAWLOR, JR., ET AL.

*Kirk D. Tavtigian, Jr.,* in support of the petition.

*Paul Erickson,* in opposition.

Decided February 5, 2003